# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-3194
_____

United States of America

*Plaintiff - Appellee*

v.

Maurice Stone

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: March 27, 2020
Filed: April 1, 2020
[Unpublished]

_____

Before GRUENDER, BEAM, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Maurice Stone appeals the sentence the district court[1] imposed upon revoking his supervised release. His counsel has moved for leave to withdraw, and has filed a brief arguing that the sentence is substantively unreasonable.

After careful review, we conclude that the district court did not impose an unreasonable sentence. *See United States v. Miller*, 557 F.3d 910, 915-18 (8th Cir. 2009) (reviewing a revocation sentence for abuse of discretion, first ensuring the court committed no significant procedural error and then considering the substantive reasonableness of the sentence). The court stated that it had considered the factors in 18 U.S.C. § 3553, provided appropriate reasons for its decision, and imposed a sentence below the statutory maximum. *See* 18 U.S.C. § 3583(e)(3) (maximum prison term upon revocation is 2 years for a Class C felony); *United States v. Larison*, 432 F.3d 921, 922-24 (8th Cir. 2006) (stating that a revocation sentence may be unreasonable if the district court fails to consider a relevant § 3553(a) factor, gives significant weight to an improper or irrelevant factor, or commits a clear error of judgment). Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____

_____

[1]The Honorable Charles J. Williams, United States District Judge for the Northern District of Iowa.